UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERRANCE LASH | CIVIL ACTION |
| v. | NO. 21-173 |
| JAY ZAINEY | SECTION "F" |

ORDER AND REASONS

On March 22, 2021, this Court granted the plaintiff's motion for an extension of time to respond to Magistrate Judge van Meerveld's recommendation that his complaint be dismissed with prejudice. That order allowed the plaintiff to file an objection by no later than April 1, 2021. Now, nearly two months removed from that date, the plaintiff still has not filed any objection.

As such, in light of the plaintiff's sustained failure to object to the same, IT IS ORDERED: that the Report and Recommendation of United States Magistrate Judge Janis van Meerveld is ADOPTED as the findings and conclusions of this Court.

Accordingly, IT IS FURTHER ORDERED: that the plaintiff's complaint is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, May 26, 2021

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

1